UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: | CHAPTER 13 CASE |
| Janine Lamont McQuillan | CASE NO. 23-41493 |
| Debtor. | NOTICE OF CONTINUED HEARING |

Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-2 hereinafter "Movant", by its attorney, Orin J. Kipp, Esquire, advises the Court and interested parties that the hearing noticed as being scheduled for Tuesday June 18, 2024 at 10:30 am has been continued to Tuesday July 9, 2024, at 10:30 am before the Honorable William J. Fisher. The hearing will be conducted telephonically. Please dial 1-888-684-8852 to call in for the hearing. When prompted, enter access code: 5988550. When prompted, enter security code: 0428. Any person wanting to appear in person must contact Judge Fisher's Courtroom Deputy at 651-848-1061 at least 48 hours prior to the hearing.

Dated: June 17, 2024

**WILFORD, GESKE & COOK P.A.**

/e/ Orin J. Kipp
Orin J. Kipp, #0390438
Attorneys for Movant
7616 Currell Blvd, Suite 200
Woodbury, MN 55125
(651) 209-3300

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: | CHAPTER 13 CASE |
| Janine Lamont McQuillan | CASE NO. 23-41493 |
| Debtor. | UNSWORN DECLARATION FOR PROOF OF SERVICE |

      Darcee McKinnon, employed by Wilford, Geske & Cook P.A., attorneys licensed to practice law in this Court, with office address at 7616 Currell Blvd, Suite 200, Woodbury, MN 55125, declares that on June 17, 2024, I served the annexed Notice of Continued Hearing to each person referenced below, a copy thereof by enclosing the same in an envelope with first class postage prepaid and depositing same in the post office at Woodbury, Minnesota addressed to each of them as follows:

Janine L. McQuillan
6812 Langford Dr
Edina, MN 55436

Manor Homes of Edina Condominium Association
c/o Smith Jadin Johnson PLLC
7900 Xerxes Avenue South, Suite 2020
Bloomington, MN 55431

and delivered by e-mail notification under CM/ECF on the day efiled with the Court to each of them as follows:

LifeBack Law Firm Jesse A. Horoshak
6445 Sycamore Ct. N.
Maple Grove, MN 55369

Gregory A Burrell

The Office of the United States Trustee

      And I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: June 17, 2024

                                                /e/ Darcee McKinnon
                                              Darcee McKinnon